UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:25-CR-60280-PCH

UNITED STATES OF AMERICA

v.

ROBIN ROCHELLE LUCAS,

    Defendant.

_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

THIS MATTER came before the Court upon Magistrate Judge Lauren F. Louis' Report and Recommendation ("R&R") on Change of Plea [ECF No. 48], which was entered on April 22, 2026.  In the R&R, Judge Louis found that the Defendant Robin Rochelle Lucas freely and voluntarily entered a plea of guilty as to the sole Count of the Indictment, which charges her with possession with the intent to distribute a controlled substance, in violation of 21 U.S.C. section 841(a)(1).

Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty of Count One, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Judge Louis' R&R, no objections have been filed, and the Court has been advised that no objections will be filed [ECF No. 49]. Therefore, based on a *de novo* review of the evidence presented, it is hereby

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis' R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count One of the Indictment; and (3) a sentencing hearing is set for **Monday, July 6, 2026 at 11:00 a.m.,** before the Honorable Paul C. Huck in the

Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

DONE AND ORDERED in Miami, Florida on April 24, 2026.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lauren F. Louis
Counsel of record

2